UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOWN OF GRAMERCY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-2655-KDE-SS** |
| **BLUE WATER SHIPPING SERVICES INC., et al** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on March 18, 2009 (Rec. Doc. No. 56) and the opposition filed by the defendant to plaintiff's objection on March 18, 2009 (Rec. Doc. No. 57), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendants, Southern Pacific Holding Corporation and Executive Ship Management, PTE, Ltd., to compel and for sanctions (Rec. doc. 38) is GRANTED and the plaintiff, Town of Gramercy, is not allowed to use at the trial of this case any information regarding its damages which was served on defendants after the January 28, 2009 deadline for the completion of discovery.

New Orleans, Louisiana, this 23rd day of March, 2009.

UNITED STATES DISTRICT JUDGE